# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1478     **Short Title:** Granata, et al. v. Healey, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Attorney General Maura Healey and Secretary Thomas Turco</u> as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

<u>/s/ Timothy J. Casey</u>
Signature

<u>June 29, 2022</u>
Date

<u>Assistant Attorney General Timothy J. Casey</u>
Name

<u>Office of Massachusetts Attorney General</u>
Firm Name (if applicable)

<u>(617) 963-2043</u>
Telephone Number

<u>One Ashburton Place</u>
Address

<u>(617) 727-5785</u>
Fax Number

<u>Boston, MA 02108</u>
City, State, Zip Code

<u>Timothy.Casey@mass.gov</u>
Email (required)

Court of Appeals Bar Number: <u>123832</u>

Has this case or any related case previously been on appeal?

[✔] No     [ ] Yes  Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## **CERTIFICATE OF SERVICE**

      I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on June 29, 2022.

                                                                     */s/ Timothy J. Casey*
                                                                     Timothy J. Casey
                                                                     Assistant Attorney General