DISCLOSURE STATEMENT

Amicus curiae Giffords Law Center to Prevent Gun Violence ("Giffords Law Center") hereby certifies that it has no parent corporation. It has no stock, and therefore no publicly held corporation owns 10% or more of its stock.