# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1478            **Short Title:** Granata v. Campbell

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Everytown for Gun Safety _____ as the

[ ] appellant(s)         [ ] appellee(s)         [✔] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ William J. Taylor, Jr.
Signature

February 6, 2023
Date

William J. Taylor, Jr.
Name

Everytown Law
Firm Name (if applicable)

(646) 324-8215
Telephone Number

450 Lexington Ave., P.O. Box 4184
Address

(917) 410-6932
Fax Number

New York, NY 10017
City, State, Zip Code

wtaylor@everytown.org
Email (required)

Court of Appeals Bar Number: 1186786

Has this case or any related case previously been on appeal?

[✔] No         [ ] Yes    Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).