# United States Court of Appeals
## For the First Circuit

No. 22-1478

STEFANO GRANATA; JUDSON THOMAS; COLBY CANNIZZARO; CAMERON PROSPERI; GUNRUNNER, LLC; FIREARMS POLICY COALITION, INC.,

Plaintiffs, Appellants,

v.

ANDREA JOY CAMPBELL, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS; TERRENCE REIDY, SECRETARY OF THE EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY OF THE COMMONWEALTH OF MASSACHUSETTS,

Defendants, Appellees.

Before

Barron, Chief Judge,
Selya and Thompson, Circuit Judges.

**JUDGMENT**

Entered: April 7, 2023

      In light of the Supreme Court's decision in New York State Rifle & Pistol Ass'n, Inc. v. Bruen, 142 S. Ct. 2111 (2022), the district court's judgment is vacated, and the matter is remanded for further proceedings. In remanding this matter, we take no position on the outcome previously reached by the district court, and we do not retain jurisdiction. Rather, in the event that any party contests the district court's decision, a timely new notice of appeal should be filed. No costs are awarded.

cc:
Hon. Rya W. Zobel
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Richard C. Chambers Jr.
Raymond Mark DiGuiseppe
Joseph Greenlee

Bradley Benbrook
Timothy J. Casey
Phoebe Fischer-Groban
Grace Gohlke
Robert M. Buchanan Jr.
Jean-Paul Jaillet
Madeleine Kausel
Janet Carter
William James Taylor Jr.